Dismissed and Memorandum Opinion filed November 6, 2008








Dismissed
and Memorandum Opinion filed November 6, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00909-CV

____________

 

REPUBLIC WASTE SERVICES OF TEXAS,
LTD. AND

MICHAEL JOHNSON, Appellants

 

V.

 

JEROME JOZWIAK, Appellee

 



 

On Appeal from the
157th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-76988

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 23, 2008.  On October 28, 2008,
appellants filed a motion to dismiss the appeal because the case has settled.  
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 6, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson and Frost.